

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00256-CV

IN RE KENNETH WEBB, RELATOR

ORIGINAL PROCEEDING

July 31, 2014

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Relator Kenneth G. Webb, appearing *pro se,* seeks a writ of mandamus compelling the Honorable William D. Smith, presiding judge of the 84th District Court of Hansford County, to rule on "all motions that have been filed in case #CV 04982 since" March 19, 2009. According to relator's petition, the underlying case is a probate proceeding.

Mandamus relief is an extraordinary remedy. *In re Southwestern Bell Telephone Co., L.P.,* 235 S.W.3d 619, 623 (Tex. 2007) (orig. proceeding). To be entitled to relief by mandamus, the relator must show the trial court clearly abused its discretion, and that the relator has no adequate remedy by appeal. *In re Ford Motor Co.,* 988 S.W.2d 714, 718 (Tex. 1998) (orig. proceeding); *Walker v. Packer,* 827 S.W.2d 833, 840-44

(Tex. 1992) (orig. proceeding). The burden to demonstrate entitlement to mandamus relief is on the relator. *See Walker*, 827 S.W.2d at 837. This includes providing an adequate record to substantiate the allegations contained in the petition for writ of mandamus. *See* TEX. R. APP. P. 52.7; *Dallas Morning News v. Fifth Court of Appeals,* 842 S.W.2d 655, 658 (Tex. 1992) (orig. proceeding).

We will deny relator's petition. The petition does not comply with the form and contents requirements for a petition in an original proceeding, as specified by the rules governing such proceedings. *See* TEX. R. APP. P. 52.3 (setting out required contents of petition). Most significantly, the petition is not accompanied by an appendix or record. Nothing relator has submitted substantiates the allegations contained in his petition. *See also* TEX. R. APP. P. 52.3(j) (requiring person filing petition to certify that factual statements in petition are supported by "competent evidence included in the appendix or record"). Without an adequate record, relator is wholly unable to prove that Judge Smith has abused his discretion if indeed he has not ruled on all pending motions.

Because relator has thus failed to demonstrate an abuse of discretion by the trial court, his petition for writ of mandamus must be, and is, denied.

James T. Campbell
Justice